IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD O. ORTON,

    Petitioner,

    v.

Case No. 17-cv-171-wmc

RANDALL R. HEPP,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Gerald Orton's application for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this petition with prejudice.

| /s/ | 5/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |